# No. B-12

## IN THE MATTER OF THOMAS McCLURE

*May 7, 1811*

OPINION BY WITHERELL AS ONE OF THE JUDGES IN AND OVER THE TERRITORY *(Printed in Vol. 2, case B-12, paper 4)*

1. A surety for the prison limits is not allowed by law to surrender his principal into custody.

2. After the principal has been committed on a *capias ad satisfaciendum*, the bail is discharged and the principal cannot be confined by virtue of the bail piece.